IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRIANTE SUMBRY                                                              PETITIONER

v.                              NO. 4:06CV00361 JMM-JFF

INDIANA STATE PRISON                                                          RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is summarily dismissed without prejudice and that Petitioner's motion for leave to proceed *in forma pauperis* is denied.

IT IS SO ORDERED this   3rd   day of   May   , 2006.

_____
UNITED STATES DISTRICT JUDGE