IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRIANTE SUMBRY                                                            PETITIONER

v.                            NO. 4:06CV00361 JMM-JFF

INDIANA STATE PRISON                                                        RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is summarily dismissed without prejudice and that Petitioner's motion for leave to proceed *in forma pauperis* is denied.

IT IS SO ADJUDGED this ___3rd___ day of ___May___, 2006.

_____
UNITED STATES DISTRICT JUDGE